■ ORTHO-CLINICAL DIAGNOSTICS, INC., Appellant, v ASPEN SPECIALTY INSURANCE COMPANY et al., Respondents, et al., Defendant. ASPEN INSURANCE UK LIMITED, Third-Party Plaintiff-Respondent, v ELMER W. DAVIS, INC., Third-Party Defendant-Appellant. [57 NYS3d 917]—Appeal from an order of the Supreme Court, Monroe County (William K. Taylor, J.), entered June 3, 2016. The order, among other things, granted the motion of defendants Aspen Specialty Insurance Company and Aspen Insurance UK Limited for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 14, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Lindley, DeJoseph, NeMoyer and Curran, JJ.

■ WILLIAM SCRUTON, Respondent, v ACRO-FAB LTD., Appellant. TIMOTHY JOHN KARKRUFF, Doing Business as KARKRUFF CONSTRUCTION & DESIGN, et al., Respondents. [57 NYS3d 917]—Appeal from an order of the Supreme Court, Oswego County (Norman W. Seiter, Jr., J.), entered December 24, 2015. The order, among other things, granted the motions of defendants Action Crane, Inc., and Timothy John Karkruff, doing business as Karkruff Construction & Design, seeking summary judgment dismissing plaintiff's amended complaint and all cross claims against them.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on April 10, 17 and 25, 2017, and filed in the Oswego County Clerk's Office on May 18, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ.